SQUIERS v. SCHEUER et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Arnon L. Squiers, as trustee, against Hattie Scheuer, impleaded

with others. E. P. Lyon, of New York City, for appellant. A. L. Strouse, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.